ALBERT WALD et al., Respondents, *v.* LENOX AVENUE & 140TH STREET CORP., et al., Appellants.

Supreme Court, Appellate Term, First Department, June 15, 1950.

*Charles Gottlieb* and *Lawrence N. Friedland* for appellants.

*Irvin Husin, Edward Davis, Raymond H. Logue* and *John D. Mason* for respondents.

Judgments affirmed, with $25 costs as of one appeal.

Concur: HOFSTADTER, PECORA and HECHT, JJ.